UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN PITTMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>LVMPD,<br><br>LVMPD OFFICER STEPHEN WISNIEWSKI,<br><br>LVMPD OFFICER PAUL LEWIS,<br><br>LVMPD OFFICE MICHAEL SCHENA,<br><br>LVMPED OFFICE EDDIE SCOTT<br><br>        Defendant | Case No.: 2:21-cv-01550-JAD-DJA<br><br>**Order Granting**<br><br>PLAINTIFFS' MOTION FOR EXTENDED TIME FOR OPPOSITION TO LVMPD DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT<br><br><br>ECF Nos. 30, 34 |

    Plaintiff Bryan Pittman, hereby submit this Motion for extended time for opposition to LVMPD defendants' Motion for summary judgement.

    The plaintiff is requesting the courts allow an additional 10 days to respond to the Defendants Motion for summary judgement. The Plaintiff is working diligently to complete this response but has been unable to do so due to many outstanding factors. The Plaintiff is the sole care giver and provider for 2 young children, 1 of which is discussed in this case. The Plaintiff has not had the time to complete this opposition. The Defendant has come fourth with a lot of information and documentation that the plaintiff is working to go through diligently. The Plaintiff request the courts extend the deadline to respond to the Defendants motion for summary judgment until date March 15th 2023. This relief would give the necessary time to allow an appropriate response.

Dated this 6th of March, 2023

BRYAN PITTMAN

Good cause appearing, IT IS ORDERED that plaintiff's motion to extend time to respond to the motion for summary judgment [34] is GRANTED. Plaintiff's deadline to respond to the defendants' motion for summary judgment [30] is extended to 3/15/23.

_____
U.S. District Judge Jennifer A. Dorsey