**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants LVMPD, Officer Stephen
   Wisniewski, Officer Paul Lewis, Officer Michael
   Schena, and Officer Eddie Scott

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN PITTMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>LVMPD,<br>LVMPD OFFICER STEPHEN WISNIEWSKI,<br>LVMPD OFFICER PAUL LEWIS,<br>LVMPD OFFICER MICHAEL SCHENA,<br>LVMPD OFFICER EDDIE SCOTT,<br><br>AND ROE BUSINESS ENTITIES I THROUGH X, INCLUSIVE,<br><br>             Defendants. | Case Number:<br>2:21-cv-01550-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 37 |

The Parties, Plaintiff Bryan Pittman ("Plaintiff"), *in Proper Person*, and Defendants the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), Officer Stephen Wisniewski ("Wisniewski"), Officer Paul Lewis ("Lewis"), Officer Michael Schena ("Schena"), and Officer Eddie Scott ("Scott") (collectively "LVMPD Defendants"), by and through their counsel of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., of Marquis Aurbach, and hereby agree and jointly stipulate the following:

    1.    The Parties agree that, due to scheduling conflicts limiting LVMPD Defendants' counsel's ability to timely and adequately respond to Plaintiff's Response to LVMPD Defendants' Motion for Summary Judgment, the deadline to file a Reply in

Page 1

Support of LVMPD Defendants' Motion for Summary Judgment shall be extended one week, from **March 29, 2023, to April 12, 2023.**

      2.     This is the first request for an extension of this deadline.

      3.     The Parties both submit that the instant stipulation is being offered in good faith and not for the purpose of delay.

      IT IS SO STIPULATED.

DATED this 29th day of March, 2023        DATED this 29th day of March, 2023

                                                              MARQUIS AURBACH

By:   /s/ Bryan Pittman                    By:   /s/ Jackie V. Nichols
     Bryan Pittman                                 Craig R. Anderson, Esq.
     8620 Peace Way #2039                Nevada Bar No. 6882
     Las Vegas, Nevada 89147             Jackie V. Nichols, Esq.
     *Plaintiff Pro Per*                               Nevada Bar No. 14246
                                                    10001 Park Run Drive
                                                    Las Vegas, Nevada 89145
                                                    Attorneys for Defendants LVMPD,
                                                    Officer Stephen Wisniewski, Officer
                                                    Paul Lewis, Officer Michael Schena, and
                                                    Officer Eddie Scott

### ORDER

The Stipulation [ECF No. 37] is GRANTED.*  The deadline to file a reply in support of the motion for summary judgment is extended to April 12, 2023.

                                                    _____
                                                    UNITED STATES DISTRICT COURT JUDGE
                                                    March 30, 2023

*with the obvious exception that the court does not agree that the period from March 29, 2023, to April 12, 2023, is "one week."